Same case below, 595 F.3d 1138.

**No. 09-9243. Leon Taylor, Petitioner v. Don Roper, Superintendent, Potosi Correctional Center.**

561 U.S. 1011, 130 S. Ct. 3464, 177 L. Ed. 2d 1065, 2010 U.S. LEXIS 5050.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 577 F.3d 848.

**No. 09-9248. Isaac Hall, Petitioner v. United States.**

561 U.S. 1011, 130 S. Ct. 3464, 177 L. Ed. 2d 1065, 2010 U.S. LEXIS 5044.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 359 Fed. Appx. 674.

**No. 09-9311. Monroe E. Bullock, Petitioner v. United States.**

561 U.S. 1011, 130 S. Ct. 3464, 177 L. Ed. 2d 1065, 2010 U.S. LEXIS 5164.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9357. Brian Barner, Petitioner v. United States.**

561 U.S. 1011, 130 S. Ct. 3465, 177 L. Ed. 2d 1065, 2010 U.S. LEXIS 5138.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 350 Fed. Appx. 678.

**No. 09-9371. Solomon Coffey, Petitioner v. United States.**

561 U.S. 1011, 130 S. Ct. 3465, 177 L. Ed. 2d 1065, 2010 U.S. LEXIS 5043.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 350 Fed. Appx. 85.

**No. 09-9453. Mark A. Geralds, Petitioner v. United States.**

561 U.S. 1011, 130 S. Ct. 3465, 177 L. Ed. 2d 1065, 2010 U.S. LEXIS 5040.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 338 Fed. Appx. 557.

**No. 09-9488. Stanley Jennings, Petitioner v. United States.**

561 U.S. 1011, 130 S. Ct. 3465, 177 L. Ed. 2d 1065, 2010 U.S. LEXIS 5033.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 355 Fed. Appx. 292.